Same case below, 981 A.2d 917.

Same case below, 604 Pa. 596, 986 A.2d 822.

**No. 09-11438. Norman McIntosh, Petitioner v. Marcus Hardy, Warden.**

562 U.S. 880, 131 S. Ct. 198, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6496.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11444. Robin R. McGinness, Petitioner v. E. K. McDaniel, Warden.**

562 U.S. 881, 131 S. Ct. 199, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6763.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11441. Broderick York, Petitioner v. United States.**

562 U.S. 880, 131 S. Ct. 198, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6932.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 494.

**No. 09-11445. Timothy Liddell, Petitioner v. United States.**

562 U.S. 881, 131 S. Ct. 199, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6889.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 474.

**No. 09-11442. Forrest Hammond, Petitioner v. Louisiana.**

562 U.S. 880, 131 S. Ct. 198, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 7093.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 31 So. 3d 354.

**No. 09-11446. Norman Medley, Petitioner v. Mark McClindon, et al.**

562 U.S. 881, 131 S. Ct. 199, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6749.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 355 Fed. Appx. 974.

**No. 09-11443. William Housman, Petitioner v. Pennsylvania.**

562 U.S. 881, 131 S. Ct. 199, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6808.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

**No. 09-11447. Bryan Richard Hamm, Petitioner v. Kentucky.**

562 U.S. 881, 131 S. Ct. 201, 178 L. Ed. 2d 120, 2010 U.S. LEXIS 6836.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.